UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DAVID MORRIS,

Defendant.

**Affirmation in Support of Application for Order of Continuance**

25 Mag. 1575

---

State of New York            )
County of New York           : ss.:
Southern District of New York )

      Kathryn Wheelock, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.    I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.    The defendant was charged in a complaint dated May 9, 2025, with violations of 18 U.S.C. §§ 922(a)(1)(a), 933(a)(1), and 924(c)(1)(A)(i). The defendant was arrested on or about May 9, 2025 and was presented in this District before Magistrate Judge Aaron on that same date, at which proceeding the defendant was represented by Neil Kelly, Esq., and ordered detained.

      3.    At the presentment on May 9, 2025, a preliminary hearing was scheduled for June 9, 2025, after defense counsel consented to extend the deadline within which to conduct a preliminary hearing. Under the Speedy Trial Act, the Government has until June 9, 2025 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

6. Mr. Neil and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before June 9, 2025.

7. Therefore, the Government requests a 30-day continuance until July 9, 2025, to continue the foregoing discussions toward resolving this matter. On June 4, 2025, I personally spoke with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines for thirty days to July 9, 2025.

8. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
June 4, 2025

_____
Kathryn Wheelock
Assistant United States Attorney
212-637-2415